USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAEL CRUZ, on behalf of himself and
all others similarly situated,

                Plaintiff,

-against-

CUSTOM FURNITURE TECHNOLOGIES INC.,

                Defendant.

-----------------------------------------------------------------X

20-CV-1465 (PAE) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The initial case management conference scheduled for April 27, 2020 at 11:00 a.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

     **SO ORDERED.**

DATED:    New York, New York
             March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge