**ROBINS / KAPLAN** LLP

399 PARK AVENUE
SUITE 3600
NEW YORK NY  10022-4690

CARLY A. KESSLER
212 980 7421 TEL
CKESSLER@ROBINSKAPLAN.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020

April 20, 2020

VIA ECF

Hon. Katharine H. Parker
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 750
New York, NY 10007

> The parties shall have until **April 22, 2020** to submit their Report of the Rule 26(f) Meeting and Proposed Case Management Plan.  The telephonic initial case management conference will go forward on April 27, 2020.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 4/21/2020

Re: *Shael Cruz v. Custom Furniture Technologies Inc.*,
    Case No. 1:20-cv-01465

Dear Judge Parker:

    We represent Defendant in the above-captioned matter and we submit this letter jointly with Plaintiff concerning the initial case management conference that is currently scheduled for next Monday, April 27, 2020.  The court previously granted the parties' stipulated extension of Defendant's deadline to respond to the complaint until May 12, 2020. (Dkt. 10). Because Defendant has not yet responded to the complaint, Defendant respectfully requests that the court reschedule the initial case management conference to a date subsequent to Defendant's responsive pleading (*i.e.*, after May 12, 2020). Plaintiff does not object to this.

    If the court would prefer to keep the initial case management conference on schedule for April 27, 2020, the parties jointly request a 2-day extension for the submission of the Report of Rule 26(f) Meeting and Proposed Case Management Plan, *i.e.*, until April 22, 2020.

Sincerely,

*/s/ Carly A. Kessler*
Carly A. Kessler