USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/27/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SHAEL CRUZ, on behalf of himself and
all others similarly situated,

                       Plaintiff,                        20-CV-1465 (PAE) (KHP)

         -against-                        **ORDER SCHEDULING TELEPHONIC**
                                                         **CASE MANAGEMENT**
CUSTOM FURNITURE TECHNOLOGIES INC.,               **CONFERENCE**

                       Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Case Management Conference in this matter is hereby scheduled for

<u>**Tuesday, September 8, 2020 at 12:00 p.m.**</u>   Counsel is directed to call Judge Parker's

teleconference line at the scheduled time.   **Please dial (866) 434-5269, access code: 4858267.**

        SO ORDERED.

DATED:      New York, New York
                 July 27, 2020

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge