



**WE'RE OPEN FOR BUSINESS.**
**VIEW RESPONSE TO COVID-19**



# Furniture in Fabrics You'll Love

Shop Beds

Take our quiz to see our picks for you >

Cited in Cruz v Custom Furniture Techs
1-20CV01465 Decided 9/14/20
Archived on 9/23/20

This document is protected by copyright.
Further reproduction prohibited without permission.

## Your shortcut to a chic home — for every style and budget.

CUSTOM FURNITURE FOR A COOKIE CUTTER PRICE.


Beds


Ottomans


Sofas

Give $50, Get $50.

Case 1:20-cv-01465-PAE-KHP Document 29 Filed 01/04/21 Page 2 of 5



**NEW COLLABORATOR**

## Introducing The Inside x Old World Weavers

Founded in 1950 by Iris and Carl Apfel, Old World Weavers is one of the most respected luxury design houses. Known for its exotic, world-traveled aesthetic and famed clientele from Greta Garbo to Faye Dunaway, Old World Weavers has remained synonymous with a 'more is more' mentality. The Inside x Old World Weavers features three patterns originally developed by Iris Apfel in new colorways, and four patterns that channel her spirit.

[Shop Now]

## What Customers Are Saying

Cited in Cruz v Custom Furniture Techs
1-20CV01465 Decided 9/14/20
Archived on 9/23/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

## SHOP BY STYLE

@maddywu
### Maximalist Muse
SHOP NOW

@beckybratt
### Transitional Chic
SHOP NOW

@alisondamonte
### Mid-Century Modern
SHOP NOW

### Relaxed Traditionalist
SHOP NOW

### West Coast Bohemian
SHOP NOW

### The Inside x Scalamandré
SHOP NOW

@palmbeacher
### Palm Beach Preppy
SHOP NOW

@popixdesigns
### Modern Minimal
SHOP NOW

@sfgirlbybay
### The Inside x SF Girl by Bay
SHOP NOW

## ABOUT THE INSIDE

### We're making furniture fun, with access to more design for more value.

We believe in the joy of decorating and that creating the home of your dreams — while having a great time doing it — should be an accessible experience to everyone, not just a few.

Sustainably Made   30 Day Returns   Ships in Under Four Weeks

Give $50, Get $50.



> "...in almost all situations, the more personalized the piece, the more you will have to pay, and the waiting time for made-to-order is months. It doesn't have to be that way."

**FOLLOW @THEINSIDE**

## GET EMAILS FOR EXCLUSIVE OFFERS

**Enjoy $45 off your first order + design inspiration.**
Unsubscribe any time.

**EMAIL ADDRESS**

Enter email address

Sign Up

## GIVE $50, GET $50

Refer a friend to The Inside and upon their first order, you each will get $50.

Give $50, Get $50.

## ABOUT

About Us

Press

Reviews

Blog

## RESOURCES

Contact

Our Guarantee

Shipping & Returns

FAQ

Affiliates

## TRADE

Trade Program

© 2020 The Inside. All rights reserved.

Terms of Use     Privacy Policy



Cited in Cruz v Custom Furniture Techs
1-20CV01465 Decided 9/14/20
Archived on 9/23/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Give $50, Get $50.